IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                                               CHAPTER 13

LISA MARIE KISH                               CASE NO. 04-22939 NLJ

SSN: XXX-XX-3352

_____
NOTICE OF TERMINATION OF PAYROLL WITHHOLDING OF DEBTOR
_____

    AN "ORDER TO EMPLOYER TO PAY TO TRUSTEE" WAS PREVIOUSLY APPROVED BY UNITED STATES BANKRUPTCY COURT. THIS ORDER STATED THE AMOUNT TO BE WITHHELD FROM EACH PAY PERIOD OF THE DEBTOR REFERENCED ABOVE. PURSUANT TO THIS NOTICE, YOU ARE HEREBY NOTIFIED TO CEASE THIS DEDUCTION IMMEDIATELY UNTIL FURTHER NOTICE FROM THE TRUSTEE'S OFFICE.

SODEXHO

SHALL CEASE DEDUCTING FROM THE PAYMENTS OF:

LISA MARIE KISH

    ADDITIONALLY, THE EMPLOYER OR OTHER SAID PARTY SHALL REFUND TO THE DEBTOR ANY MONEY WHICH HE (SHE) MAY NOW HAVE ON HAND AS A RESULT OF SUCH WITHHOLDINGS. A COPY OF THIS NOTICE SHALL BE SENT TO THE EMPLOYER BY REGULAR MAIL.

/s/ John T. Hardeman
_____
CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

                                                                                                     #680/RM